

February 25, 2025

<u>Via ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007

**Re:** *United States v. Robert Menendez et al.*, **Case No. 25-333**

Dear Ms. Wolfe:

  I write to provide an update as to who will serve as lead counsel of record in the above-captioned appeal.

  Specifically, although I served as trial counsel to Defendant Robert Menendez in the District Court action being appealed, Case No. S4 23 Cr. 490 (SHS), and timely perfected Mr. Menendez's appeal, Noel J. Francisco of Jones Day will serve as lead counsel of record for Mr. Menendez on appeal. Mr. Francisco will also file the required Acknowledgement and Notice of Appearance.

                Respectfully submitted,

                <u>*/s/ Avi Weitzman*</u>
                Avi Weitzman

                *Attorney for Defendant Robert Menendez*