**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America _v. Robert Menendez

**DOCKET NUMBER:** 25-333

**COUNSEL'S NAME:** John Henry Thompson

**COUNSEL'S ADDRESS:** 51 Louisiana Ave. NW, Washington, D.C. 20001

**COUNSEL'S PHONE:** (202) 879-3939

### QUESTIONNAIRE

☐ I am ordering a transcript.

☑ I am not ordering a transcript. Reason: ☑ Daily copy available ☐ U.S. Atty. placed order ☐ Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____ (Description & Dates)

☐ Trial: _____ (Description & Dates)

☐ Sentencing: _____ (Description & Dates)

☐ Post-trial proceedings: _____ (Description & Dates)

I, _____ (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds ☐ CJA Form 24

/s/ John Henry Thompson — Counsel's Signature

2/25/2025 — Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____     Estimated Number of Pages: _____

Estimated completion date: _____

_____ Court Reporter's Signature     _____ Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.