**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 6, 2025<br>Docket #: 25-296<br>Short Title: United States of America v. Menendez (Hana) | DC Docket #: 1:23-cr-490-3<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Trial Judge - Sidney H. Stein |

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for bail (Hana) filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, May 13, 2025 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.