**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: May 7, 2025  Agency #:
Docket #: 25-296  Agency: 178
Short Title: United States of America v. Menendez (Hana)

### REVISED NOTICE OF MOTION PLACED ON THE CALENDAR

Motions for bail filed in the above-referenced case have been added as an argued case to the substantive motions calendar for Tuesday, May 13, 2025 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.