**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 21, 2025
Docket #: 25-333
Short Title: United States of America v. Menendez
(Robert Menendez)

Agency #:
Agency: 178

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for bail filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Monday, June 9, 2025 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.