# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. Robert Menendez  Docket No.: 25-333, 25-296

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Paul C. Gross

Firm: Paul Hastings LLP

Address: 200 Park Avenue, New York, NY 10016

Telephone: _____  Fax: _____

E-mail: _____

Appearance for: Appellate Robert Menendez
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Noel J. Francisco (Jones Day), Avi Weitzman (Paul Hastings), et al.)
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: *[signature]*

Type or Print Name: Paul C. Gross