# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty-five.

Before:    Steven J. Menashi,
              Alison J. Nathan,
                  *Circuit Judges*,
              Katherine Polk Failla,
                  *District Judge*.[*]

| | |
|---|---|
| United States of America, | **ORDER** |
| *Appellee*, | Docket Nos. 25-296(L), 25-302(Con), 25-333(Con) |
| v. | |
| Wael Hana, Fred Daibes, Robert Menendez, | |
| *Defendants-Appellants*. | |

    Defendant-Appellant Robert Menendez moves for bail pending appeal pursuant to Federal Rule of Appellate Procedure 9(b). The government opposes the motion.

    Upon due consideration, it is hereby ORDERED that the motion is DENIED.

    Judge Nathan would grant the motion.

                                For the Court:
                                Catherine O'Hagan Wolfe,
                                Clerk of Court

---

[*] Judge Katherine Polk Failla of the United States District Court for the Southern District of New York, sitting by designation.